IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRYAN A. MCFARLAND,<br><br>　　　　　Defendant. | 4:16CV3066<br><br>**ORDER** |

The Court has reviewed the Status Reports submitted by the parties in this matter. This case has been pending for nearly a year and the Status Reports provide very little information regarding what progress, if any, has been made in this action.

Accordingly,

IT IS HEREBY ORDERED:

1. By April 27, 2017, the parties shall file a proposal on how to progress this case.

2. The clerk of court is directed to mail a copy of this Order to Defendant at his last known address.

Dated this 13th day of April, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge