IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EDWARD C. HUGLER, Secretary of Labor, United States Department of Labor; | 4:16CV3066 |
|---|---|
| Plaintiff, | |
| vs. | SHOW CAUSE ORDER |
| BRYAN A. MCFARLAND, | |
| Defendant. | |

The Court has reviewed the revised status report submitted by Plaintiff. ([Filing No. 23](#).) In his report, Plaintiff states that "in light of [Defendant's] representations, and the specific language of the items sought in the Subpoena, there is no further action for the Secretary to take in this Subpoena enforcement matter." (*Id*.) Based on this assertion,

IT IS ORDERED as follows:

1. By or before May 8, 2017, Plaintiff shall show cause why this action should not be dismissed. Failure to respond to this Show Cause Order will result in a recommendation to Senior United States District Court Judge Joseph F. Bataillon that this action be dismissed.

2. The Clerk of Court is directed to mail a copy of this order to Defendant at his address of record. The Clerk of Court is further directed to set a case management deadline in this case using the following text: "May 8, 2017: Show Cause Deadline."

Dated this 24th day of April, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge