IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

R. ALEXANDER ACOSTA,[1]           )
SECRETARY OF LABOR,               )
UNITED STATES DEPARTMENT OF LABOR,)
                Petitioner,      )
                              )    Case No. 16-cv-3066
    v.                            )
                              )
BRYAN A. McFARLAND,                )
                Respondent       )

## ORDER OF DISMISSAL

This Court having considered the Voluntary Dismissal filed by Petitioner in the above-captioned matter (Filing No. 25):

IT IS HEREBY ORDERED that Petitioner's above-captioned subpoena enforcement matter be and hereby is dismissed.

                                                      s/ Joseph F. Bataillon
                                                      Joseph F. Bataillon
                                                      Senior United States District Judge

Dated: May 2, 2017

---

1 This action was commenced in the name of Thomas E. Perez, Secretary of the Department of Labor. Mr. Perez is now the former Secretary of Labor, Edward C. Hugler is no longer the Acting Secretary of Labor, and R. Alexander Acosta has been appointed Secretary of Labor. Therefore, Mr. Acosta is being automatically substituted for Mr. Perez and Mr. Hugler as the Petitioner, pursuant to FED. R. CIV.P. 25(d), and the caption of this action is amended accordingly.